IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMETRIC SCOTT,

    Plaintiff,

v.

DAVID A. CLARKE, JR. and
JOHN DOE PSYCHIATRIST,

    Defendants.

OPINION & ORDER

15-cv-402-jdp

---

In an order entered on December 10, 2015, I dismissed plaintiff Demetric Scott's complaint for failure to comply with Federal Rules of Civil Procedure 8 and 20. Dkt. 9. I gave plaintiff until January 5, 2016, to submit a proposed amended complaint addressing the deficiencies that I explained in the December 10 order. In addition, I warned plaintiff that his failure to respond would result in dismissal of this case with prejudice for failure to state a claim upon which relief can be granted. It is now past plaintiff's deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

IT IS ORDERED that this case is DISMISSED with prejudice for plaintiff's failure to state a claim upon which relief can be granted. In accordance with 28 U.S.C. § 1915(g), plaintiff will be assessed a strike. The clerk of court is directed to enter judgment and close this case.

Entered February 5, 2016.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge