IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIC SCOTT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-402-jdp

v.

DAVID A. CLARKE and
JOHN DOE PSYCHIATRIST,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Demetric Scott's failure to state a claim upon which relief can be granted

/s/                                                 2/5/2016

Peter Oppeneer, Clerk of Court                      Date